
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF <br><br> ALL FUNDS IN WACHOVIA BANK ACCOUNT XXXXXXXX1597, SUCH ACCOUNT HELD IN THE NAME OF FAITHFUL SHEPHARD'S HOME CARE LLC, <br><br> ALL FUNDS IN WACHOVIA BANK ACCOUNT XXXXXXXX7248, SUCH ACCOUNT HELD IN THE NAME OF ERIKA RANKIN HOLLAND, <br><br> ONE 2007 INFINITI QX56, VIN 5N3AA08C37N804955, <br><br> ONE 2007 BMW 750LI, VIN WBAHN835X7DT75498, <br><br> ONE 2007 MINI COOPER, VIN WMWWMF3355TT56698, <br><br> ONE 2003 H2 HUMMER, VIN 5GRGN23U13H126656. | CASE NO. 3:10mj222 <br><br> ORDER SEALING AFFIDAVIT AND APPLICATIONS |

UPON MOTION of the United States of America, by and through Anne M Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavit and Applications, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter, until further order of this Court,

**IT IS HEREBY ORDERED** that the Affidavit and Applications, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 13th day of December, 2010.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE