UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
FILED
CHARLOTTE, NC
JAN 0 4 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ) ) ) | CASE NO. 3:10mj222 |
| ALL FUNDS IN WACHOVIA BANK ACCOUNT XXXXXXXXX1597, SUCH ACCOUNT HELD IN THE NAME OF FAITHFUL SHEPHARD'S HOME CARE LLC, ) ) ) ) ) ) | |
| ALL FUNDS IN WACHOVIA BANK ACCOUNT XXXXXXXXX7248, SUCH ACCOUNT HELD IN THE NAME OF ERIKA RANKIN HOLLAND, ) ) ) ) ) | ORDER UNSEALING AFFIDAVIT AND APPLICATIONS AS TO ERIKA HOLLAND |
| ONE 2007 INFINITI QX56, VIN 5N3AA08C37N804955, ) ) ) | |
| ONE 2007 BMW 750LI, VIN WBAHN835X7DT75498, ) ) ) | |
| ONE 2007 MINI COOPER, VIN WMWWMF3355TT56698, ) ) ) | |
| ONE 2003 H2 HUMMER, VIN 5GRGN23U13H126656. ) ) | |

UPON MOTION of the United States of America, by and through Anne M Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the documents on file in this case be unsealed so that the Government may provide discovery to Erika Holland,

**IT IS HEREBY ORDERED** that the Affidavit and Applications, the Motion to Unseal, and the Order to Unseal, be unsealed solely for the purpose of allowing the Government to provide said documents to Erika Holland;

**IT IS FURTHER ORDERED** that Erika Holland and her counsel shall maintain these

documents in confidence and shall not disclose these documents, or their contents, to any other individuals;

**IT IS FURTHER ORDERED** that, based on the ongoing nature of this investigation, the Affidavit and Applications, the Motion to Seal, the Order to Seal, the Motion to Unseal, and the Order to Unseal shall remain under seal as against all individuals and entities other than Erika Holland and until further order of this Court;

The Clerk is directed to certify copies of this Order to the United States Attorney's Office and to continue to seal the ECF docket. The United States Attorney's Office is authorized to, as appropriate, turn over hard copies of the documents identified herein to Erika Holland and counsel for Ms. Holland.

This 3rd day of January, 2011.
4th

_____
UNITED STATES MAGISTRATE JUDGE