# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:10-MJ-222-DCK

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF )<br>)<br>)<br>ALL FUNDS IN WACHOVIA BANK )<br>ACCOUNT XXXXXXXX1597, SUCH )<br>ACCOUNT HELD IN THE NAME OF )<br>FAITHFUL SHEPHARD'S HOME CARE )<br>LLC, )<br>)<br>ALL FUNDS IN WACHOVIA BANK )<br>ACCOUNT XXXXXXXX7248, SUCH )<br>ACCOUNT HELD IN THE NAME OF )<br>ERIKA RANKIN HOLLAND, )<br>)<br>ONE 2007 INFINITI QX56, )<br>VIN 5N3AA08C37N804955, )<br>)<br>ONE 2007 BMW 750LI, )<br>VIN WBAHN835X7DT75498, )<br>)<br>ONE 2007 MINI COOPER, )<br>VIN WMWWMF3355TT56698, )<br>)<br>ONE 2003 H2 HUMMER, )<br>VIN 5GRGN23U13H126656, )<br>_____ ) | ORDER TO UNSEAL |

**UPON MOTION** of the United States of America, by and through David R. Brown, Attorney for the United States, for an Order directing that the Seizure Warrants, Applications, and Affidavits in this case be unsealed,

IT IS HEREBY ORDERED that the Seizure Warrants, Affidavit and Applications be unsealed.

The Clerk is directed to certify copies of this order to the United States Attorney's Office.

**SO ORDERED**.

Signed: October 14, 2011

David C. Keesler
United States Magistrate Judge